Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Andrew
~~Aandre~~ Marc Levitin )
) Case No. 6:22-cv-745
) (to be filled in by the Clerk's Office)
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* ) Jury Trial: *(check one)* ☐ Yes ✔ No
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
Specialized Loan Servicing, LLC (SLS) )
Bank of America/BAC Home Loans Servicin )
)
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

FILED 2022 APR 18 PM 2:40

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

　A. **The Plaintiff(s)**

　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

　　| | |
　　|---|---|
　　| Name | Andrew Marc Levitin |
　　| Address | 4751 S Biscayne Dr |
　　| | North Port, FL 34287 |
　　| | *City / State / Zip Code* |
　　| County | Sarasota |
　　| Telephone Number | (941) 275-3001 |
　　| E-Mail Address | roccomia@yahoo.com |

　B. **The Defendant(s)**

　　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

　　Defendant No. 1

　　| | |
　　|---|---|
　　| Name | Specialized Loan Servicing, LLC (SLS) |
　　| Job or Title *(if known)* | Tom MILLON/JEFF JOHNSON?TOBY WELLS?ALI HARALSON |
　　| Address | 8742 Lucent Blvd Ste 300 |
　　| | Highlands Ranch, CO 80129 |
　　| | *City / State / Zip Code* |
　　| County | Douglas |
　　| Telephone Number | (720) 241-7200 |
　　| E-Mail Address *(if known)* | |

　　☐ Individual capacity　☑ Official capacity

　　Defendant No. 2

　　| | |
　　|---|---|
　　| Name | Bank of America/BAC Home Loans Servicing, LP |
　　| Job or Title *(if known)* | Brian Moynihan |
　　| Address | 23631 Calabasas Rd |
　　| | Calabasas, CA 91302 |
　　| | *City / State / Zip Code* |
　　| County | Los Angeles |
　　| Telephone Number | (800) 669-6607 |
　　| E-Mail Address *(if known)* | |

　　☐ Individual capacity　☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  |  |  |  |
  |---|---|---|
  | City | State | Zip Code |

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  |  |  |  |
  |---|---|---|
  | City | State | Zip Code |

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
The ADA- I have non-dangerous mental disorders wherein due to my perception facet, I get physically affected by my mis/perception/understanding what was said 2 me like a Hemophiliac but with internal problems precipitated by angst that I cannot per the DSM 5, stop the disproportianate verbal response based on real or perceived provocation. My leg edemas are not psychosomatic, however after almost 100 tests no cause has been found

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I did not ask to be born this way, however, I will not apologize 4 who I am. I have several crt orders that specify 2 things in particular, that I am not a danger to myself or anyone and that I do not have the requisite ability to form the legal intent to get angry (SS Imp CD# 132.34), Pily my wife & I are not stupid idiots however the lack of understanding what is said to myself or Pily is predicated on our lack of interpreting what was actually said when we heard it.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Judge Marvin Gillman, dec. 03/23/2022 in a text to me in 2019 asked me how many people, I thought were like myself, I said 35000. If there a good faith mediation session, then I will bring all of my brother-in-laws texts out of my phone. Marvin was married to my sister Maxine Gillman (dec. 4/30/2018) for 28 yrs. His daughter Carolyn has a disability like mine where we cannot stop from saying anything inappropriate when we are provoked- I have Tourette Syndrome & get arrested 4 being myself

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Unlike Carolyn who is stuffed with psychtropic drugs, I have Aspergers the highest functioning form of Autism, autistic savant on steroids, with little or no interpersonal relationship skills and yes I have been married for over 25+ years. Every single time I have called SLS and BOA, I have been raped with words and threats of law enforcement retaliation. Mark Alexander is an US Secret Service Agent for the Dept. Of Homeland Security, I met him in 2009? thanks to BOA

B. What date and approximate time did the events giving rise to your claim(s) occur?

2005 ever since Countrywide home loans gave us a credit card, equity line, before we even allegedly signed the free money, paperwork as we both had very bad credit & not enough income to validate a $35000 charge on it as Countrywide used the homes value to get the phantom fake money CC to use as the downpayment for the 20% necessary to get into the home. CW, not the Treasury dept. created money out of thin air.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

CFPB - You have successfully submitted your complaint! – A message has been sent to you with instructions on how to track your complaint. ID FOR COMPLAINT SENT TO MISSION LANE 220303-8232183 - B4 we go any further the four complaint id #'s r from the DOJ, wherein I alleged a HATE CRIME against Mission Lane. In order for any criminal act to be considered a HATE CRIME, ONE has to prove that they get physically affected by what that person sees, hears or anything WHICH TO BE REDUNDANT affects them physically. I am a part of a distinct group of people, legally blind all doctors notes, or having leg edemas, an insulin dependent diabetic, having US SOC. SEC. DISABILITIES Impairment code #2940, TOURETTE or ASPERGERS SYNDROMES, & #132.34 Intermittent Explosive Disorder. Your record number is:
141077-QVR   141079-PBG   141089-JKL   141093-QTC. The FDIC got involved as what Mission lane did to me was reprehensible & preventable.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have a Soc.Sec. IC# for short term memory loss, where I put the my keys, glasses, or if il locked and closed the front, back, and garage doors, yet part of my 1st of its kind new diagnosis is that due to my memories that I can never forget, they affect me as if I was reliving them as they occurred when it occurred:ONCE I get verbally brutalized like a rape, & get upset wherein I cannot forget what occurred like when I took Rocco, and my two other Shih Tzus to the vet on Friday March 29, 2019 @ 3:38 PM and Rocco was dead at 3:48 PM the same day. Rocco barked at the pit bull right in the waiting area of the vets offices when it lunged, documented by the animal control report, at Rocco, it broke his bone nose off of his face and gouged out his eyes. All of this is my fault that I agreed to sign for the illegally obtained phantom fake money credit card as much as I am responsible for what happenned to Rocco. The difference is I should have protected rocco, but I could not have stopped what happened he when that monster latched onto his face. most people, littttttttle people assume that what happened to Rocco caused my diabetes, not so, as I have had it from the year 2000 also documented.

I have another doctor that also is documented with 12 years of credible blood work that will verify, I controlled it with diet and supplementation, but when Rocco got killed, I drank a half gallon a milk a night for 76 days in a row and when I was admitted into the hospital my sugar was at 726. I see our little boy 10 times a day getting killed. I should not have signed that agreememnt as I did not understand it, when they said sign on the yellow spots, as I cannot remember if we actually did that, but if we did it was because we were told to do it in order to get the house.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I told Rhonda Souzy my VR Counselor that I got hired on 12/08/2021, saw a shift available on 12/10/2021, was put on medical leave on 12/09/2021 b4 I could sign up 4 that shift, and Rhonda became involved on march of 2022, and she became aware that I was terminated on, no typo, DECEMBER 05, 2021.

I told Mark Alexander, that Secret Service agent that i have knownsince bank of America before it became public information that BOA, used local and state Leo's to intimidate people. I told Mark over 8 years ago that I wanted to become a contributing member of our USA Society, but when Amazon, who I am not suing and that BK chapter 13 that Pily is in with Mr Zooberg, even though Pily did not have an understanding of what was going on even with the trustee calls, Mr. Zooberg had the fiscal fiduciary responsibility as all Leos, who stop anyone for a local traffic ordinance to find out if pily was tied into the first and second, which if we get kicked out we would have to sell out house for triple of what the market will bear as no company even the sub prime ones I have contacted will do business with me due to the wrongly filed 13. Traffic cops say ignorance of the law is not an acceptable excuse to violate it. What is BOA and SLS's excuse for taking advantage of pily and I as Green tree whom we contacted Senator Bill Nelson office in 2011, have records of everything i say here and all of this is not allegedy, but a fact due to those records. Just because you see me coming does not give you the right to sell me central park and take advantage of us. The Beverly Hillbilly's October 29, 1969 episode. Thank you for hearing me out.

Relief

BANK of AMERICA $190,000

SLS Specialized Loan SERVICING $55,000

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/18/2022

Signature of Plaintiff: *Andrew M Levitin*

Printed Name of Plaintiff: Andrew Marc Levitin

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Address:

City / State / Zip Code:

Telephone Number:

E-mail Address: